**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-2108**

———————

CHRISTINE EVANS,

Plaintiff - Appellant,

versus

TECHNOLOGIES APPLICATIONS AND SERVICES COM-
PANY, INCORPORATED,

Defendant - Appellee,

and

DIAGNOSTIC RETRIEVAL SYSTEMS, INCORPORATED,

Defendant.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-96-3373-AW)

———————

Submitted:  November 19, 1998      Decided:  December 1, 1998

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Christine Evans, Appellant Pro Se.  Ronald Wayne Taylor, Thomas Hermann Strong, VENABLE, BAETJER & HOWARD, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christine Evans appeals the district court's order granting summary judgment against her in her action under Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. § 2000e-5 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Evans v. Technological Applications, No. CA-96-3373-AW (D. Md. Jul. 6, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2